UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARIM ANNABI,

                Plaintiff,

-against-

NEW YORK UNIVERSITY STERN SCHOOL OF BUSINESS,

                Defendant.

22-CV-3795 (LTS)

ORDER DIRECTING PAYMENT OF FEES OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who is appearing *pro se*, brings this action seeking emergency relief. To proceed with a civil action in this Court, a plaintiff must either (1) pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee, or (2) request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, by submitting a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

    Plaintiff filed this action by emailing his complaint and request for emergency relief to the Court's designated email address for filing a new case by email. The Court's procedures for filing a new case by email, which are posted on the Court's website, require the Plaintiff to either (1) email a completed and signed IFP application, or (2) pay the filing fees of $402.00 by certified bank check or money order, payable to: Clerk of Court – SDNY, and mailed to: Cashiers Unit – Room 260, 500 Pearl Street, New York, NY 10007. Any certified check or money order must include Plaintiff's case number, 22-CV-3795 (LTS). Payment can also be made by major credit card or cash (only if the payment is made in person). Personal checks are not accepted. The Court's procedures, for cases filed by email, allow Plaintiff 21 days to pay the filings fees, and these procedures explain that the Court cannot take any action on a complaint filed without the filing fees or a completed and signed IFP application. Thus, within thirty days of the date of

this order, Plaintiff must pay the filing fees or complete, sign, and submit the attached IFP application.

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:  May 11, 2022
        New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge