# UNITED STATES DISTRICT COURT
## Southern District of New York

| | |
|---|---|
| KARIM ANNABI | ) CASE # |
| | ) **22-cv-3795 (LJL**) |
| | ) |
| *Plaintiff,* | ) |
| -against- | ) **HON. LEWIS LIMAN** |
| | ) |
| | ) **LETTER REQUEST** |
| | **)** |
| | ) |
| NYU STERN SCHOOL | ) |
| Of BUSINESS | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

## LETTER: REQUEST FOR ADDITION AS INTERESTED PARTY ON DOCKET

**KISSINGER N. SIBANDA ESQ**
The Law Offices of Kissinger N. Sibanda
LL.B ( Hons); LL.M ( State / Trial); LL.M ( Federal/ Trial)
Admitted: United States Supreme Court
Mail to: PO Box. 714. Livingston. NJ 07039
ksibanda@temple.edu
(862)250-9684
*Attorney at Law*

1

I respectfully request permission to be added as an interested party, "ip" in the aforementioned docket:

I am an attorney in good standing and licensed in the District of Columbia; and also admitted in the Second Circuit. I have filed and appeared before this court on several matters. In addition, I hold a double Masters in litigation from Temple School of Law ( 2011) and California Western School of Law (2016).

I met Mr. Annabi *via email* in April 2022 when he posted an ad on craigslist looking for an attorney to represent him in this matter, while visiting his family in Algeria. I have never met Mr. Annabi in person.

After receiving documents about the matter from Mr. Annabi and looking into this area of law, I arranged for a zoom consult, charging him $200 for the consult. Soon after, Mr. Annabi was unsatisfied with my legal advise - that essentially his legal assertions of "deceptive advertising etc" are unfounded in law and frivolous. He refused my counter-offer to further tailor his complaint under acceptable law and claims.

He has now indicated to me that he has filed a lawsuit against me somewhere in Jamaica, Queens, New York, "cv-010222-22-NY", even though I reside in New Jersey and have nothing to do with New York for personal jurisdictional purposes. *See*, Exhibits A and B.

The lawsuit seeks to have the consultation fee returned, and is for a total of $1000 in damages plus additional costs, despite the fact that the consultation fee I charged Mr. Annabi was only $200 and Paypal refused his refund request on the matter after their own thorough independent investigation. *See* Exhibit: C.

I believe that the facts in this matter, before this Court (SDNY), and my dispute with Mr. Annabi, share the same nexus of facts and call to question the frivolous nature of Mr. Annabi's lawsuit and current legal assertions. In addition, defendant's well-written "motion to dismiss" echoes and sums up my concerns and the warnings I shared with Mr. Annabi during our consultation and is relevant to my own defense in Mr. Annabi's purported lawsuit against me.

In addition, I also believe as an officer of this court, a licensed attorney, I need to bring this to your attention:

Mr. Annabi's legal residency should be interrogated by this Court because he has, in his own words, filed a lawsuit against me in Jamaica, Queens, New York and yet he is using a United Kingdom address in this aforementioned matter – as an assertion of diversity citizenship.

I strongly believe that Mr. Annabi is a dual citizen of both the United States and United Kingdom and is currently resident in Jamaica, Queens, New York - where he filed his lawsuit against me, (Exhibit: A and B) and would ask that the docket be correctly updated, to reflect his accurate address in the event of an order which should issue against him.

I have also cc-ed NYU counsel Joseph DiPalma on this matter previously and he is aware of the dispute between myself and Mr. Annabi.

Cordially,

/s/ Kissinger N. Sibanda Esq

## **CERTIFICATE OF SERVICE**

I, Kissinger N. Sibanda, hereby declare under penalty of perjury as follows:

I am head of litigation with the Law Offices of Kissinger N. Sibanda. I caused the foregoing **Letter Request,** to be electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on August 3rd, 2022

/s/ Kissinger N. Sibanda Esq
Kissinger N. Sibanda

*Attorney at Law*
