## (No subject)

Karim Annabi <now@iactivate.love>

Tue 02/08/2022 16:07

To: Kissinger N. Sibanda <kissinger.sibanda@temple.edu>

Cv-010222-22/NY filed today for $1,000. I'll be using a process server which will add to the costs. --

## Karim Annabi

Founder & Director





+44 7508918352

karim@iactivate.love

[https://iactivate.love%20%28coming%20soon%29/]iactivate.love (coming soon)