## (No subject)

Karim Annabi <now@iactivate.love>

Mon 01/08/2022 16:38

To: Kissinger N. Sibanda <kissinger.sibanda@temple.edu>

I just picked up the forms at queens civil court in Jamaica which is where you'll have to attend from NJ. --

## Karim Annabi

Founder & Director

+44 7508918352

karim@iactivate.love

[https://iactivate.love%20%28coming%20soon%29/]iactivate.love (coming soon)