**PayPal case PP-D-147976955**

service@paypal.com <service@paypal.com>
Tue 10/05/2022 23:41
To: Kissinger N. Sibanda <kissinger.sibanda@temple.edu>

Hello, Kissinger Sibanda



# We've closed this case

This case is now closed, but we still encourage you to work directly with your buyer to find a resolution. If there was a hold on this transaction, it has been removed.

## Transaction details

| | |
|---|---|
| Case ID | PP-D-147976955 |
| Buyer's name | karim annabi |
| Buyer's email | karim@nyu.edu |
| Buyer's transaction ID | 9ML04147AG208543H |
| Transaction date | April 17, 2022 |
| Transaction amount | $200.00 USD |

| | |
|---|---|
| Your transaction ID | 2AV382976B755773F |
| Dispute amount | $200.00 USD |

To learn how we review and resolve claims, you can view the PayPal User Agreement, which you accepted when you created your PayPal account. Simply click **Legal** at the bottom of any PayPal page.

Please know your buyer may have additional means to dispute this transaction by going directly through the funding source they used, such as filing a chargeback with their credit card.

Records of all claims are kept in the Resolution Center for your convenience.



Help & Contact | Security | Apps

   

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing

Please don't reply to this email. To get in touch with us, click Help & Contact.

Not sure why you received this email? Learn more

Copyright © 1999-2022 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000315:en_US(en-US):1.0.0:a787e6b6bfa57

8/2/22, 7:49 PM