```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
ANNABI,                                                        :
                                                               :
                        Plaintiff,                             :
                                                               :    22-cv-03795 (LJL)
        -v-                                                    :
                                                               :         ORDER
NEW YORK UNIVERSITY STERN SCHOOL OF                            :
BUSINESS,                                                      :
                                                               :
                        Defendant.                             :
                                                               X
---------------------------------------------------------------
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/03/2022
```

LEWIS J. LIMAN, United States District Judge:

On August 3, 2022, Kissinger N. Sibanda filed a request for addition as an "interested party" on the docket for this case.  Dkt. No. 22.  According to Mr. Sibanda, the Plaintiff filed a lawsuit against him in Queens, New York related to legal advice Mr. Sibanda provided in connection with this case.  *Id.* at 3.  Mr. Sibanda claims that the Queens lawsuit "share[s] the same nexus of facts" as this case and "and call[s] to question the frivolous nature of Mr. Sibanda's lawsuit and current legal assertions."  *Id.*

This Court rejects this request without prejudice.  Mr. Sibanda's letter does not satisfy either the procedural or the substantive standards for intervention.  *See* Fed. R. Civ. P. 24.  While Mr. Sibanda is free to follow the public proceeding in this case, he should not file papers on ECF as he is not a party or representative of a party in this action.

SO ORDERED.

Dated: August 3, 2022  
       New York, New York

_____  
LEWIS J. LIMAN  
United States District Judge