```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ANNABI,                                                           :
                                                                  :
                        Plaintiff,                                :
                                                                  :       22-cv-03795 (LJL)
        -v-                                                       :
                                                                  :           ORDER
NEW YORK UNIVERSITY STERN SCHOOL OF                               :
BUSINESS,                                                         :
                                                                  :
                        Defendant.                                :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

On August 2, 2022, Plaintiff Karim Annabi emailed my chambers requesting guidance on the deadlines for filing an amendment to the complaint and a memorandum of law in opposition to defendant's motion to dismiss.

Under Federal Rule of Civil Procedure 15(a)(1)(B), a party has 21 days after service of an answer or 21 days after service of a motion to dismiss, whichever is earlier, to file an amended complaint as a matter of course. Defendant served its motion to dismiss on July 26, 2022, Dkt. No. 19, and has not filed an answer. Plaintiff therefore has until August 16, 2022 to amend the complaint.

Under Local Civil Rule 6.1, an opposition to a motion must be served within 14 days after service of the moving papers. Accordingly, Plaintiff has until August 9, 2022 to file a memorandum of law in opposition to the Defendant's motion to dismiss.

SO ORDERED.

Dated: August 3, 2022
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge