```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/03/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ANNABI,                                                           :
:
                    Plaintiff,                                    :
:                          22-cv-03795 (LJL)
        -v-                                                       :
:                          AMENDED ORDER
NEW YORK UNIVERSITY STERN SCHOOL OF                               :
BUSINESS,                                                         :
:
                    Defendant.                                    :
                                                                  X
------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

On August 3, 2022, Kissinger N. Sibanda filed a request for addition as an "interested party" on the docket for this case. Dkt. No. 22. According to Mr. Sibanda, the Plaintiff filed a lawsuit against him in Queens, New York related to legal advice Mr. Sibanda provided in connection with this case. *Id.* at 3. Mr. Sibanda claims that the Queens lawsuit "share[s] the same nexus of facts" as this case and "and call[s] to question the frivolous nature of Mr. Annabi's lawsuit and current legal assertions." *Id.*

This Court rejects this request without prejudice. Mr. Sibanda's letter does not satisfy either the procedural or the substantive standards for intervention. *See* Fed. R. Civ. P. 24. While Mr. Sibanda is free to follow the public proceeding in this case, he should not file papers on ECF as he is not a party or representative of a party in this action.

    SO ORDERED.

Dated: August 3, 2022                       _____
       New York, New York                          LEWIS J. LIMAN
                                                   United States District Judge