```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/08/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
  :
ANNABI,  :
  :
                Plaintiff,  :     22-cv-03795 (LJL)
  :
     -v-  :
  :     ORDER
NEW YORK UNIVERSITY STERN SCHOOL OF  :
BUSINESS,  :
  :
               Defendant.  :
  X
---------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      On August 4, 2022, Plaintiff requested a two-month extension to reply to Defendant's motion to dismiss and to amend the complaint. Dkt. No. 27. This request is GRANTED. Plaintiff has until October 10, 2022 to reply to Defendant's motion to dismiss and to amend the complaint.

      SO ORDERED.

Dated: August 8, 2022
       New York, New York                     _____
                                                                 LEWIS J. LIMAN
                                                       United States District Judge