UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/28/2022
```

-----------------------------------------------------------------------X
                         :

KARIM ANNABI,                       :
                         :
           Plaintiff,       :
                         :             22-cv-03795 (LJL)
        -v-                :
                         :               ORDER
NEW YORK UNIVERSITY STERN SCHOOL OF   :
BUSINESS,                    :
                         :
           Defendant.    :
                         X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      Plaintiff Karim Annabi moves the Court to delete from the electronic file of this case the filing of putative "interested party" Kissinger N. Sibanda, Dkt. No. 22, as well as the Court's order as to Mr. Sibanda's request, Dkt. Nos. 23, 25.  By amended order of August 3, 2022, the Court construed Mr. Sibanda's submission as a motion to intervene and denied it without prejudice.  Dkt. No. 25.  The Court also directed Mr. Sibanda not to file papers on ECF as he was not a party or a representative of a party in this action.  The Court expressed no views on the merits of Mr. Sibanda's allegations.  Mr. Annabi cites no authority for the proposition that a motion to intervene—even if it is denied—may be "deleted" from the record.  Accordingly, his motion is denied.

      SO ORDERED.

Dated: September 28, 2022
      New York, New York           _____
                                   LEWIS J. LIMAN
                             United States District Judge