```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
KARIM ANNABI,                                                    :
                                                                 :
                        Plaintiff,                               :
                                                                 :     22-cv-03795 (LJL)
             -v-                                                 :
                                                                 :     ORDER
NEW YORK UNIVERSITY,                                             :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court received a letter from Plaintiff filed on January 23, 2023 stating: "Per your instructions, I am submitting this letter within a week of Defendant's January 18th amended Motion to Dismiss deadline requesting a second pre-trial conference with the Court and the Defendant." Dkt. No. 50.

This letter appears to refer to the November 21, 2022 Order of the Court stating: "Defendant to file its motion to dismiss by January 13, 2023. Plaintiff's opposition is due by February 24, 2023. Defendant's reply is due by March 10, 2023. *If the complaint survives the motion to dismiss, then Plaintiff is to write a letter to the Court within one week of the Court's decision, requesting that the Court schedule a conference.*" Order (Nov. 21, 2022) (emphasis added).

Plaintiff's request is premature. As stated, the November 21 Order directs Plaintiff to make a request for a conference *if the complaint survives the motion to dismiss*. Here, however, Defendant's motion to dismiss has not yet been ruled on; Defendant only filed its motion to dismiss on January 13, 2023 and Plaintiff has not yet filed his opposition. Accordingly,

Plaintiff's request is premature at this stage.

SO ORDERED.

Dated: January 24, 2023
New York, New York

LEWIS J. LIMAN
United States District Judge

2