```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
KARIM ANNABI,                                                      :
                                                                   :
                              Plaintiff,                           :
                                                                   :         22-cv-03795 (LJL)
                -v-                                                :
                                                                   :         ORDER
NEW YORK UNIVERSITY,                                               :
                                                                   :
                              Defendant.                           :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

On February 6, 2023, the Court received a motion via email from Plaintiff Karim Annabi. That motion is for sanctions against non-party attorney Kissinger Sibanda, attorney Joseph DiPalma, attorney Poonam Sethi, Jackson Lewis P.C., and New York University under Federal Rule of Civil Procedure 11. On the same day, Mr. Sibanda, who is not a party in this case, filed a letter responding to the motion for sanctions on the docket. Dkt. No. 52.

The Clerk of Court is respectfully directed to strike Dkt. No. 52. As this Court previously stated, "While Mr. Sibanda is free to follow the public proceeding in this case, he should not file papers on ECF as he is not a party or representative of a party in this action." Dkt. No. 23.

Mr. Annabi also shall not file a motion for sanctions without previously filing a letter with the Court requesting a premotion conference. Any motion for sanctions filed without following this Order shall be stricken.

SO ORDERED.

Dated: February 7, 2023
       New York, New York                   _____
                                                    LEWIS J. LIMAN
                                            United States District Judge