```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
KARIM ANNABI,                                                   :
                                                                :
                        Plaintiff,                              :
                                                                :       22-cv-03795 (LJL)
        -v-                                                     :
                                                                :           ORDER
NEW YORK UNIVERSITY,                                            :
                                                                :
                        Defendant.                              :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2023

LEWIS J. LIMAN, United States District Judge:

On February 6, 2023, Plaintiff Karim Annabi called Chambers and spoke with the Court's law clerk. Mr. Annabi clarified that it was Kissinger Sibanda who sent to the Court by email Mr. Annabi's motion for sanctions, referenced in Dkt. No. 53, and that he did not authorize or ask Mr. Sibanda to take such action. He also stated that he did not intend to file the motion for sanctions with the Court at that time. The Court had no substantive response to Mr. Annabi.

The Court's prior order, Dkt. No. 53, is amended to reflect this information.

SO ORDERED.

Dated: February 7, 2023
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge