UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
KARIM ANNABI,                                                          :
:
                Plaintiff,                                          :
:    22-cv-03795 (LJL)
      -v-                                                              :
:    <u>ORDER</u>
NEW YORK UNIVERSITY,                                                   :
:
                Defendant.                                          :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       On February 8, 2023, the Court received a letter from Karim Annabi requesting a pre-motion conference for sanctions. Dkt. No. 55. Mr. Annabi also filed a letter requesting that Kissinger N. Sibanda be deleted as an "interested party" on the docket. Dkt. No. 56.

       The Court denies Mr. Annabi's request for a pre-motion conference for sanctions without prejudice to renewal at a letter date. Mr. Annabi may renew his request for a pre-motion conference for sanctions after the Court has ruled on the pending motion to dismiss in this case, at which time the Court will be in a better position to decide the merits of Mr. Annabi's arguments as to sanctions if he still intends to make such arguments. Dkt. No. 46.

       The Court grants Mr. Annabi's request that Mr. Sibanda be deleted as an interested party on the docket. This Court previously denied Mr. Sibanda's request to be added as an "interested party." Dkt. No. 23. The Court also ordered Mr. Sibanda not to file papers on ECF in this action as he is not a party or representative of a party in the case, an order that Mr. Sibanda has since violated. Dkt. Nos. 23, 52. The Clerk of Court is respectfully directed to remove Mr. Sibanda as an interested party on the docket.

    SO ORDERED.

Dated: February 10, 2023
       New York, New York
                                                          LEWIS J. LIMAN
                                                          United States District Judge