UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARIM ANNABI

                Plaintiff,

vs.                                  Civ. No.: 1:22-CV-03795 (LJL)

NEW YORK UNIVERSITY,

                Defendant.

# Opposition to Motion to Dismiss - Exhibit 14

(Evidence of misandry/sex discrimination in NYU's entrepreneurial programs)





Respectfully submitted,

S/Karim Annabi
Prose Plaintiff

Dated: March 3, 2023

35 Priory Crescent
Southend on Sea
SS 2 6JY, UK
Tel: +44 7508918352