UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KARIM ANNABI,

                    Plaintiff,

      -against-                                  22 **CIVIL** 3795 (LJL)

## JUDGMENT

NEW YORK UNIVERSITY,

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 20, 2024, 2024, Defendant's motion to dismiss is GRANTED and Plaintiff's Second Amended complaint is DISMISSED with prejudice. Defendant's request for attorneys' fees is DENIED. Accordingly, the case is closed.

**Dated:** New York, New York

      September 20, 2024

                                                  **DANIEL ORTIZ**
                                           **Acting Clerk of Court**

                              **BY:**  _____
                                                **Deputy Clerk**